Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−14038−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Faith Hyland
    111 Brookwood Ln
    Forked River, NJ 08731−2911

Social Security No.:
    xxx−xx−4833

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/4/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 5, 2021
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 21-14038-CMG

Faith Hyland                                                                              Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                    User: admin                                    Page 1 of 5

Date Rcvd: Aug 05, 2021                            Form ID: 148                              Total Noticed: 83

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Faith Hyland, 111 Brookwood Ln, Forked River, NJ 08731-2911 |
| 519215301 | + | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519212199 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance Company, Attn: Bankruptcy, PO Box 8099, Newark, DE 19714-8099 |
| 519212191 | | Capital One, PO Box 4069, Carol Stream, IL 60197-4069 |
| 519212194 | + | Celtic Bank/Contfinco, 4550 New Linden Hill Rd, Wilmington, DE 19808-2930 |
| 519212200 | | Cortrust Bank NA, PO Box 7030, Mitchell, SD 57301-7030 |
| 519212207 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, Fsb Blaze, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 519212205 | | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 519212206 | | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 519212209 | | Goodyear Tire/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519212595 | | Mr. Hyland, 111 Brookwood Ln, Forked River, NJ 08731-2911 |
| 519218968 | + | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 519234256 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519212232 | | Syncb/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519212239 | | Tbom/Atls/Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 519212240 | | Tbom/Atls/Fortiva Mc, PO Box 105555, Atlanta, GA 30348-5555 |
| 519212243 | | US Dept of Ed/Glelsi, 2401 International Ln, Madison, WI 53704-3121 |
| 519212244 | | USDOE/GLELSI, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |
| 519220830 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 519212245 | | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Dr, Raleigh, NC 27607-5066 |
| 519212246 | | Wells Fargo Dealer Svc, PO Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 05 2021 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 05 2021 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519263735 | + | EDI: AISACG.COM | Aug 06 2021 00:48:00 | Ally Capital c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519212186 | | EDI: GMACFS.COM | Aug 06 2021 00:48:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 519212187 | | EDI: GMACFS.COM | Aug 06 2021 00:48:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 519212188 | | Email/Text: bk@avant.com | Aug 05 2021 20:46:00 | Avant LLC/Web Bank, 222 N La Salle St, Chicago, IL 60601-1003 |
| 519212189 | | Email/Text: bk@avant.com | | |

District/off: 0312-3                                    User: admin                                    Page 2 of 5
Date Rcvd: Aug 05, 2021                               Form ID: 148                               Total Noticed: 83

| | | | |
|---|---|---|---|
| | | Aug 05 2021 20:46:00 | Avant/WebBank, 222 N La Salle St Ste 1600, Chicago, IL 60601-1112 |
| 519212190 | EDI: CAPITALONE.COM | | |
| | | Aug 06 2021 00:48:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519221860 | + EDI: AIS.COM | | |
| | | Aug 06 2021 00:43:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519212192 | EDI: CAPITALONE.COM | | |
| | | Aug 06 2021 00:48:00 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519212193 | EDI: PHINGENESIS | | |
| | | Aug 06 2021 00:48:00 | Cb Indigo/gf, PO Box 4499, Beaverton, OR 97076-4499 |
| 519212195 | EDI: CITICORP.COM | | |
| | | Aug 06 2021 00:48:00 | Citibank/Goodyear, Attn: Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519212196 | EDI: CITICORP.COM | | |
| | | Aug 06 2021 00:48:00 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519212197 | EDI: WFNNB.COM | | |
| | | Aug 06 2021 00:48:00 | Comenity Bank/Avenue, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519212198 | EDI: WFNNB.COM | | |
| | | Aug 06 2021 00:48:00 | Comenity Bank/Avenue, PO Box 182789, Columbus, OH 43218-2789 |
| 519212201 | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Aug 05 2021 20:48:56 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519212202 | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Aug 05 2021 20:49:03 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519212203 | EDI: AMINFOFP.COM | | |
| | | Aug 06 2021 00:48:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 519212204 | EDI: AMINFOFP.COM | | |
| | | Aug 06 2021 00:48:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 519212208 | EDI: PHINGENESIS | | |
| | | Aug 06 2021 00:48:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 519212210 | EDI: IRS.COM | | |
| | | Aug 06 2021 00:48:00 | Internal Revenue Service, PO Box 7346, Special Procedures Branch, Bky Sec., Philadelphia, PA 19101-7346 |
| 519235581 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Aug 05 2021 20:45:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519212211 | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Aug 05 2021 20:45:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519212212 | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Aug 05 2021 20:45:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519223361 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Aug 05 2021 20:48:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519240650 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Aug 05 2021 20:48:54 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519212215 | Email/Text: ml-ebn@missionlane.com | | |
| | | Aug 05 2021 20:45:00 | Mission Lane LLC, Attn: Bankruptcy, PO Box 105286, Atlanta, GA 30348-5286 |
| 519212216 | Email/Text: ml-ebn@missionlane.com | | |
| | | Aug 05 2021 20:45:00 | Mission Lane/Tab Bank, PO Box 105286, Atlanta, GA 30348 |
| 519212213 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Aug 05 2021 20:49:08 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519212214 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Aug 05 2021 20:49:00 | Merrick Bank/Cardworks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519212218 | EDI: NAVIENTFKASMSERV.COM | | |
| | | Aug 06 2021 00:43:00 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes |

District/off: 0312-3                          User: admin                                      Page 3 of 5
Date Rcvd: Aug 05, 2021                       Form ID: 148                                      Total Noticed: 83

|  |  |  |  |
|---|---|---|---|
|  |  |  | Barre, PA 18773-9640 |
| 519212217 |  | EDI: NAVIENTFKASMSERV.COM |  |
|  |  | Aug 06 2021 00:43:00 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 519212219 |  | Email/PDF: MerrickBKNotifications@Resurgent.com |  |
|  |  | Aug 05 2021 20:48:54 | Ollo Card Services, Attn: Bankruptcy, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 519212220 |  | Email/PDF: MerrickBKNotifications@Resurgent.com |  |
|  |  | Aug 05 2021 20:49:00 | Ollo/tbom, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 519253322 |  | EDI: PRA.COM |  |
|  |  | Aug 06 2021 00:48:00 | Portfolio Recovery Associates, LLC, c/o Goodyear, POB 41067, Norfolk VA 23541 |
| 519269099 |  | EDI: PRA.COM |  |
|  |  | Aug 06 2021 00:48:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 519269116 |  | EDI: PRA.COM |  |
|  |  | Aug 06 2021 00:48:00 | Portfolio Recovery Associates, LLC, c/o THE BANK OF MISSOURI, POB 41067, Norfolk, VA 23541 |
| 519256489 |  | EDI: PRA.COM |  |
|  |  | Aug 06 2021 00:48:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519265753 | + | EDI: JEFFERSONCAP.COM |  |
|  |  | Aug 06 2021 00:43:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St Cloud, MN. 56302-7999 |
| 519253418 |  | EDI: Q3G.COM |  |
|  |  | Aug 06 2021 00:43:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519253412 |  | EDI: Q3G.COM |  |
|  |  | Aug 06 2021 00:43:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519212221 | + | Email/Text: bankruptcyteam@quickenloans.com |  |
|  |  | Aug 05 2021 20:46:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519212222 |  | EDI: RMSC.COM |  |
|  |  | Aug 06 2021 00:48:00 | Syncb/Car Care, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519212223 |  | EDI: RMSC.COM |  |
|  |  | Aug 06 2021 00:48:00 | Syncb/Car Care Mavis T, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519212224 |  | EDI: RMSC.COM |  |
|  |  | Aug 06 2021 00:48:00 | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519212229 |  | EDI: RMSC.COM |  |
|  |  | Aug 06 2021 00:48:00 | Syncb/Sam Ash Music, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519212230 |  | EDI: RMSC.COM |  |
|  |  | Aug 06 2021 00:48:00 | Syncb/Sam Ash Music, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519212231 |  | EDI: RMSC.COM |  |
|  |  | Aug 06 2021 00:48:00 | Syncb/Walmart, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 519212225 |  | EDI: RMSC.COM |  |
|  |  | Aug 06 2021 00:48:00 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 519212226 |  | EDI: RMSC.COM |  |
|  |  | Aug 06 2021 00:48:00 | Syncb/lin, PO Box 965005, Orlando, FL 32896-5005 |
| 519212227 |  | EDI: RMSC.COM |  |
|  |  | Aug 06 2021 00:48:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 519212228 |  | EDI: RMSC.COM |  |
|  |  | Aug 06 2021 00:48:00 | Syncb/oldn, PO Box 965005, Orlando, FL 32896-5005 |
| 519213358 | + | EDI: RMSC.COM |  |
|  |  | Aug 06 2021 00:48:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519212233 |  | EDI: RMSC.COM |  |
|  |  | Aug 06 2021 00:48:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519212234 |  | EDI: RMSC.COM |  |

District/off: 0312-3               User: admin                  Page 4 of 5

Date Rcvd: Aug 05, 2021               Form ID: 148                  Total Noticed: 83

| | | | |
|---|---|---|---|
| | | Aug 06 2021 00:48:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519212235 | EDI: RMSC.COM | | |
| | | Aug 06 2021 00:48:00 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 519212236 | EDI: RMSC.COM | | |
| | | Aug 06 2021 00:48:00 | Synchrony Bank/Linen N' Things, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519212237 | EDI: RMSC.COM | | |
| | | Aug 06 2021 00:48:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519212238 | EDI: WTRRNBANK.COM | | |
| | | Aug 06 2021 00:48:00 | Target, c/o Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519212241 | EDI: WTRRNBANK.COM | | |
| | | Aug 06 2021 00:48:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 519212242 | EDI: CITICORP.COM | | |
| | | Aug 06 2021 00:48:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519222356 | EDI: WFFC.COM | | |
| | | Aug 06 2021 00:48:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |

TOTAL: 62

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519260821 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519269131 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2021                        Signature:           /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Faith Hyland bkclient@straffilaw.com<br>G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |
| Denise E. Carlon | |

District/off: 0312-3                                    User: admin                                        Page 5 of 5
Date Rcvd: Aug 05, 2021                        Form ID: 148                                  Total Noticed: 83

on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Rebecca Ann Solarz

on behalf of Creditor Quicken Loans  LLC rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5